IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ROY E. LADD, INC., a California corporation, LADD AND ASSOCIATES, INC., a California corporation, and CRAIG PATRICK WISEMAN, an individual<br><br>Defendants. | No. C 15-02395 WHA<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT CRAIG PATRICK WISEMAN WITHOUT PREJUDICE** |

Pursuant to the parties' stipulation, all claims in this action against defendant Craig Patrick Wiseman are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  August 24, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE